**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Eric D. RUTLEDGE, Petitioner**

**No. 59 WAL 2017**

Supreme Court of Pennsylvania.

July 10, 2017

## ORDER

PER CURIAM

AND NOW, this 10th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Vaughn YOUNG, Petitioner**

**No. 78 WAL 2017**

Supreme Court of Pennsylvania.

July 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Joseph S. DRUSKO, Personal Representative of the Estate of Cathy A. Drusko, Petitioner**

v.

**UPMC NORTHWEST, UPMC Health System, Northwest Emergency Physicians, LLP, David Ferraro, M.D., UPMC Northeast Surgical Associates, Daniel J. Lovestrand, M.D., and UPMC Northwest Anesthesia, Inc., Respondents**

**No. 126 WAL 2017**

Supreme Court of Pennsylvania.

July 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**